## MONTGOMERY *v.* MONTGOMERY.

[No. 10,975.  Filed February 24, 1921.]

From Fulton Circuit Court; *Smith N. Stevens*, Judge.

Action between Lee Montgomery and Francis C. Montgomery and others.  From the judgment rendered, the former appeals. *Affirmed.*

*Selden J. Brown* and *C. C. Campbell*, for appellant.
*Meyers & Emmons* and *Holman, Bernetha & Bryant*, for appellees.

REMY, C. J.—Appeal dismissed on authority of *Plotnicki* v. *Nowicki* (1920), 73 Ind. App. 383, 127 N. E. 564, and cases there cited.

## WILLIAMS ET AL. *v.* FARMERS STATE BANK.

[No. 10,655.  Filed March 9, 1921.]

From Vigo Superior Court; *John E. Cox*, Judge.

Action between Elmer Williams and others and the Farmers State Bank.  From the judgment rendered, the former appeals. *Affirmed.*

*Robert H. Catlin, Albert Catlin, Felix Blankenbaker* and *Josiah T. Walker*, for appellants.
*Beasley, Douthitt, Crawford & Beasley*, for appellee.

PER CURIAM.—Affirmed on authority of *Southern Express Co.* v. *Schurz* (1913), 55 Ind. App. 213, 103 N. E. 667, and *Lynch* v. *Milwaukee Harvester Co.* (1903), 159 Ind. 675, 65 N. E. 1025.

## SHAKE *v.* BOARD OF COMMISSIONERS OF THE COUNTY OF KNOX.

[No. 10,723.  Filed March 9, 1921.]

From Knox Circuit Court; *B. M. Willoughby*, Judge.

Action between Curtis G. Shake and the Board of Commissioners of the County of Knox.  From the judgment rendered, the former appeals.  *Affirmed.*

*Curtis G. Shake* and *Joseph W. Kimmell*, for appellant.
*Ewing R. Emison*, for appellee.